438 A.2d 643

Costley v. Page, et al., Appellants v. Paradise Mutual Ins. Co.

 Argued December 5, 1980. William A. Hebe, for appellants; William C. Gierasch, Jr., for appellees.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment affirmed.